**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:16-CR-0029-MMD-WGC |
| Plaintiff, | **ORDER** |
| vs. | |
| KATHLEEN GRIFFIN, | |
| Defendants. | |

On September 28, 2016, this Court ordered that the defendant be released when a bed becomes available at New Frontiers for inpatient treatment.

On September 30, 2016, the Pretrial Services Office advised the Court that a bed will be available on October 3, 2016.

THEREFORE, the defendant shall be released from custody at **8:00 a.m.** on **Monday, October 3, 2016**, to the custody of Jacob Hughes Robie for the transport of the defendant to the Pretrial Services Office and then directly to New Frontiers.

**IT IS SO ORDERED.**

DATED: September 30, 2016

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE